IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTHONY CANTU AND RONALD LOREDO, on behalf of themselves and a class of those similarly situated, | § § § § | Civil Action No. SA:13-CA-731-HLH |
| Plaintiffs, | § § | Collective Action Pursuant to 29 U.S.C. §216(b) |
| v. | § § | |
| MILBERGER LANDSCAPING, INC., | § § | Jury Demanded |
| Defendant. | § § | |

PLAINTIFFS' ADVISORY TO THE COURT:
MAILING NOTICE OF COLLECTIVE ACTION

Plaintiffs file this Advisory to the Court regarding mailing notices of collective action and respectfully show as follows.

On December 17, 2013, the undersigned mailed, by first class United States mail, the notices that this Court approved by order on November 25, 2013 to three-hundred and twenty three (323) additional potential opt-in plaintiffs in this matter. In addition to these potential opt-in plaintiffs, plaintiffs' counsel are working with defense counsel in order to obtain complete and legible mailing information for fifteen (15) additional potential plaintiffs whom Defendant has disclosed. The undersigned will promptly mail notice to these additional fifteen (15) individuals promptly upon receipt from the Defendant of complete and legible information for these individuals.

Respectfully submitted,

By: /s/*Philip J. Moss*
Philip J. Moss
Texas State Bar No. 24074764
pmoss@equaljusticecenter.org
EQUAL JUSTICE CENTER
6609 Blanco Road, Ste. 260
San Antonio, Texas 78216
Tel (210) 308-6222, ext. 102
Fax (210) 308-6223

Edmond S. Moreland Jr.
Texas State Bar No. 24002644
edmond@morelandlaw.com
Moreland Law Firm, P.C.
13500 Ranch Road 12, Ste. E
Wimberley, Texas 78676
Tel (512) 722-3692
Fax (512) 233-5172

Counsel for Plaintiffs

## Certificate of Service

The undersigned hereby certifies that, on this the 19th day of December, 2013, he submitted the foregoing instrument for filing through the Court's Case Management / Electronic Case Filing System. The following counsel of record shall be served with a true and correct copy of this pleading by operation of the Court's CM / ECF System:

Mr. Gerald T. Drought
Mr. Mathis B. Bishop
MARTIN & DROUGHT, P.C.
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205

/s/ *Philip J. Moss*
Philip J. Moss