**Subject:** Re: Millberger
**From:** "Moreland, Edmond" <edmond@morelandlaw.com>
**Date:** 1/8/2014 3:50 PM
**To:** Gerald Drought <gdrought@mdtlaw.com>
**CC:** Philip Moss <pmoss@equaljusticecenter.org>

Good afternoon, Jerry.

Although Philip has received the responses to interrogatories and production requests, we have not received any responsive documents. Please go ahead and produce them. Since we are deposing the company next week, please deliver them to Philip's office as soon as possible, but no later than noon on Monday of next week.

I am still working on getting you the information regarding damages and will probably just do it by amending disclosures.

Edmond


--
Edmond S. Moreland, Jr.
Moreland Law Firm, P.C.
13590 Ranch Road 12
Wimberley, Texas 78676
(512) 782-0567
(512) 782-0605 - Telecopier
www.morelandlaw.com

Re: 5:13-cv-00731-HLH Cantu et al v. Milberger Landscaping, Inc.- Di...

Case 5:13-cv-00731-HLH   Document 42-3   Filed 01/13/14   Page 2 of 3

**Subject:** Re: 5:13-cv-00731-HLH Cantu et al v. Milberger Landscaping, Inc.- Discovery Responses
**From:** "Moreland, Edmond" <edmond@morelandlaw.com>
**Date:** 1/13/2014 10:55 AM
**To:** Gerald Drought <gdrought@mdtlaw.com>
**CC:** Philip Moss <pmoss@equaljusticecenter.org>, Carol Stieler <cstieler@mdtlaw.com>

Good morning, Jerry.

I write to follow up on my email to you of January 8 and Philip's email to you of the afternoon of Friday, January 10.

As we have requested in those emails, please confirm that the documents are to be delivered to Philip's office by noon today.

If they are not delivered, I will, this afternoon, have to file a Motion to Compel and request expedited consideration.  The grounds for the Motion will be that (1) on December 20, 2013, we gave you all a two week extension on the bulk of discovery, (2) you indicated to me then that we would have the responses on January 6, (3) we had noticed a deposition for this Friday (January 17) on December 11 and (4) the discovery deadline is approaching.

Thank you for your attention to this matter.  Should you have any questions or concerns, please do not hesitate to contact me.

Edmond


--
Edmond S. Moreland, Jr.
Moreland Law Firm, P.C.
13590 Ranch Road 12
Wimberley, Texas 78676
(512) 782-0567
(512) 782-0605 - Telecopier
www.morelandlaw.com




On 1/10/2014 2:05 PM, Philip Moss wrote:

> Gerry,
>
> Please confirm that the Defendant will be producing responsive documents to Plaintiffs' discovery requests by Monday of next week.  As the Defendant's responses indicate, these documents are highly relevant, not privileged, and responsive to Plaintiffs' requests. If we do not receive these documents, the Plaintiffs will have to seek the intervention of the Court.
>
> Should you have any questions, please do not hesitate to contact me at the information

Re: 5:13-cv-00731-HLH Cantu et al v. Milberger Landscaping, Inc.- Di...

Case 5:13-cv-00731-HLH   Document 42-3   Filed 01/13/14   Page 3 of 3

below.

Sincerely,

Philip
--
**Philip J. Moss | Staff Attorney |** **Equal Justice Center**
6609 Blanco Road, Ste. 260 **|** San Antonio, Texas 78216
Tel. (210) 308-6222 Ext. 102 **|** Fax. (210) 308-6223

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.