IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTHONY CANTU AND RONALD LOREDO, on behalf of themselves and a class of those similarly situated, § § § § | Civil Action No. SA:13-CA-731-HLH |
| Plaintiffs, § § | |
| v. § § | Collective Action Pursuant to 29 U.S.C. §216(b) |
| MILBERGER LANDSCAPING, INC., § § | Jury Demanded |
| Defendant. § | |

**PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES**

Plaintiffs hereby file their Designation of Expert Witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2). They show as follows:

Plaintiffs intend to present the testimony of the following attorneys in support of an award of attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d)(2) and Local Rule CV-7(j). In the event that Plaintiffs prevail, the following witnesses are expected to testify regarding the reasonableness of the hourly rate for each of the attorneys who have performed work on this case; and they are expected to testify that the attorney time for which the Plaintiffs seek recovery is both reasonable and necessary. They may also testify regarding the reasonableness and necessity of costs and non-taxable expenses.

1. Edmond S. Moreland, Jr.
   Moreland Law Firm, P.C.
   13590 Ranch Road 12
   Wimberley, Texas 78676
   (512) 782-0567
   edmond@morelandlaw.com

2. Mr. Philip J. Moss
   Equal Justice Center
   6609 Blanco Road, Ste. 260
   San Antonio, Texas 78216
   (210) 308-6222 Ext. 102
   pmoss@equaljusticecenter.org

3. Mr. David Weiser
   Kator, Parks & Weiser, PLLC
   1609 Shoal Creek Blvd., Suite 201
   Austin, Texas 78701
   (512) 322-0600
   dweiser@katorparks.com
   www.katorparks.com/attorneys/david-weiser/

                Respectfully submitted,

By: /s/ *Edmond S. Moreland, Jr.*
    Edmond S. Moreland Jr.
    Texas State Bar No. 24002644
    edmond@morelandlaw.com
    Moreland Law Firm, P.C.
    13590 Ranch Road 12
    Wimberley, Texas 78676
    Tel (512) 782-0567
    Fax (512) 782-0605

    Philip J. Moss
    Texas State Bar No. 24074764
    pmoss@equaljusticecenter.org
    EQUAL JUSTICE CENTER
    6609 Blanco Road, Ste. 260
    San Antonio, Texas 78216
    Tel (210) 308-6222, ext. 102
    Fax (210) 308-6223

    Counsel for Plaintiffs

## Certificate of Service

      The undersigned hereby certifies that, on this the 3rd day of February, 2014, he submitted the foregoing instrument for filing through the Court's Case Management / Electronic Case Filing System. The following counsel of record shall be served with a true and correct copy of this pleading by operation of the Court's CM / ECF System:

Mr. Gerald T. Drought
Mr. Mathis B. Bishop
MARTIN & DROUGHT, P.C.
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205

                                                */s/ Edmond S. Moreland, Jr.*
                                                Edmond S. Moreland, Jr.