**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ANTHONY CANTU, & | § | |
| RONALD LOREDO | § | CIVIL ACTION NO. |
| on behalf of themselves and a class of those | § | 5:13-CV-731-HLH |
| similarly situated | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | COLLECTIVE ACTION |
| | § | |
| MILBERGER LANDSCAPING, INC. | § | |
| | § | |
| Defendant. | § | DEMAND FOR JURY TRIAL |

**ORDER APPROVING MEDIATION SETTLEMENT AGREEMENT**

On this day, the Court reviewed the Parties' Joint Motion for Expedited Approval of Mediation Settlement Agreement.  After reviewing the Parties' Motion and the Mediation Settlement Agreement, the Court is of the opinion that their Motion is meritorious and well-taken, and that the Mediation Settlement Agreement represents a fair and reasonable compromise of the Plaintiffs' claims against Defendant under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*

The Court therefore GRANTS the Parties' Joint Motion for Expedited Approval of Mediation Settlement Agreement and hereby APPROVES the Mediation Settlement Agreement.

IT IS SO ORDERED.

SIGNED ON THIS _____ day of _____, 2014

_____
HONORABLE HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE