IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTHONY CANTU, & § | | |
| RONALD LOREDO § | | |
| on behalf of themselves and a class of those § | CIVIL ACTION NO. | |
| similarly situated § | 5:13-CV-731-HLH | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | COLLECTIVE ACTION | |
| § | | |
| MILBERGER LANDSCAPING, INC. § | | |
| § | DEMAND FOR JURY TRIAL | |
| Defendant. § | | |

## THE PARTIES' JOINT REPORT REGARDING
## MEDIATION SETTLEMENT AGREEMENT

Pursuant to the Court's Order of April 25, 2014 (Docket No. 91), Plaintiffs Anthony Cantu and Ronald Loredo, on behalf of themselves and a class of those similarly situated, and Defendant Milberger Landscaping, Inc., hereby file this Joint Report Regarding their Motion for Court Approval of the Mediation Settlement Agreement.

The Parties hereby advise the Court that they wish to proceed with seeking Court approval of the proposed settlement. Thus, the Parties reassert their request that the Court approve the Mediation Settlement Agreement. *See* Joint Motion for Expedited Approval of Mediation Settlement Agreement (Docket No. 89). Toward that end, they are submitting with this Report a copy of the Mediation Settlement Agreement, attached as Exhibit "A" hereto.

Respectfully submitted,

/s/ *Edmond S. Moreland, Jr.*

Edmond S. Moreland, Jr.
Texas State Bar No. 24002644
edmond@morelandlaw.com
**MORELAND LAW FIRM P.C.**
13590 Ranch Rd. 12
Wimberley, Texas 78676
Telephone: (512) 782-0567
Facsimile: (512) 782-0605

Philip J. Moss
Texas State Bar No. 24074764
pmoss@equaljusticecenter.org
**EQUAL JUSTICE CENTER**
6609 Blanco Road, Suite 260
San Antonio, Texas 78216
Telephone: (210) 308-6222, ext. 102
Telecopier: (210) 308-6223

COUNSEL FOR PLAINTIFFS


/s/ *Gerald T. Drought*
GERALD T. DROUGHT
Texas State Bar No. 06134800
Federal Bar No. 8942
MATHIS B. BISHOP
State Bar No. 24045500
Federal Bar No. 567812
**MARTIN & DROUGHT, P.C.**
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205
Telephone: (210) 227-7591
Telecopier: (210) 227-7924

COUNSEL FOR DEFENDANT